**Gloria MARSHALL**

v.

**ZONING BOARD OF ADJUSTMENT OF the CITY OF PHILADELPHIA and Archdiocese of Philadelphia.**

**Petition of Port Richmond on Patrol and Civic (PROPAC).**

Supreme Court of Pennsylvania.

Aug. 15, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of August, 2013, the Motion of Port Richmond on Patrol and Civic for permission to file a statement in support of the Petition for Allowance of Appeal is **DENIED.**